## Commonwealth v. Wongus, Appellant.

Submitted March 28, 1974. *James D. McCrudden,* for appellant; *David Richman,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Wyatt, Appellant.

Submitted March 18, 1974. *John G. Veith,* for appellant; *Karl K. Lunkenheimer, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Hall, Appellant, v. National Union Life Insurance Company of Pittsburgh.

Argued April 8, 1974. *John Sughrue,* with him *Dougherty, Larrimer & Lee,* for appellant; *Thomas W. Smith,* with him *Dickie, McCamey & Chilcote,* for appellee.

Judgment affirmed on the opinion of Judge WEIR of the court below.